# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXAS INSURANCE COMPANY, a Texas corporation, | Case No. 2:26-cv-00100-DJC-JDP |
| Plaintiff, | **ORDER SETTING ASIDE THE DEFAULT OF DO LAB, INC. TO PLAINTIFF'S COMPLAINT** |
| v. | |
| DO LAB, INC., a California corporation, | |
| Defendant. | |

# **ORDER**

THE COURT HAVING CONSIDERED THE STIPULATON by and between Plaintiff Texas Insurance Company and Defendant Do Lab, Inc. to set aside the default entered by the Clerk of the Court in this action (ECF No. 6), and GOOD CAUSE APPEARING THEREFOR, HEREBY ORDERS as follows:

1. The default entered against Do Lab on TIC's complaint (ECF No. 6) is hereby set aside and vacated.

2. Do Lab shall file and serve its answer to TIC's complaint within fourteen (14) days from the date of this Order.

IT IS SO ORDERED.

Dated: March 5, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE