**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

TEXAS INSURANCE COMPANY,

Plaintiff,

v.

DO LAB, INC.,

Defendant.

Case No.: 2:26-cv-00100-DJC-JDP

**ORDER EXTENDING STAY BASED UPON JOINT STIPULATION REQUESTING EXTENSION OF STAY TO ENABLE THE PARTIES TO CONTINUE TO PURSUE SETTLEMENT**

**ORDER**

THE COURT HAVING CONSIDERED THE JOINT STIPULATION REQUESTING EXTENSION OF STAY TO ENABLE THE PARTIES TO CONTINUE TO PURSUE SETTLEMENT, by and between Plaintiff Texas Insurance Company and Defendant Do Lab, Inc., and GOOD CAUSE APPEARING THEREFOR, HEREBY ORDERS as follows:

The Scheduling Order in this Action is modified to provide as follows:

1. October 5, 2026: The Action remains stayed until this date;
2. November 30, 2026: Last day to file dispositive motions;
3. December 14, 2026: Last day to file oppositions to dispositive motions;
4. December 24, 2026: Last day to file replies to oppositions to dispositive motions.
5. January 21, 2027; Hearing on dispositive motions.

IT IS SO ORDERED.

Dated: July 22, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE